EDWIN K. PRATHER (State Bar No. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com

Attorneys for Defendant Asaf Nass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 07-0788 JF |
|---|---|
| Plaintiff, | **NOTICE OF GENERAL APPEARANCE AS TO DEFENDANT ASAF NASS** |
| v. | |
| AMIT M. EZYONI, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Clarence & Dyer LLP, through Edwin K. Prather, hereby makes a general appearance in this matter as to defendant Asaf Nass.

Counsel may be contacted at:

Address: 899 Ellis Street, San Francisco, California 94109

Telephone: 415.749.1800

Facsimile: 415.749.1694

E-mail: eprather@clarencedyer.com

Dated: January 29, 2008

/s/: Edwin K. Prather_____
Edwin K. Prather
Clarence & Dyer LLP
Attorneys for Defendant Asaf Nass

Page 1

Notice of General Appearance as to Defendant Asaf Nass [Case No.: CR 07-0788 JF]

Proof of Service

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On January 30, 2008, I served a copy, with all exhibits, of the following documents:

- **Notice of General Appearance as to Defendant Asaf Nass**

_____ (BY MAIL)  I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.  Following ordinary business practices and placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at San Francisco, California, addressed as below:

_____ (BY FAX)  By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine.  Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

_____ (BY PERSONAL SERVICE) By personally delivering a copy of said documents to the address(es) below:

_____(BY OVERNIGHT SERVICE) By depositing copies of the above documents in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for as noted below:

__X__ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746,  Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| United States Attorneys Office<br>Northern District of California<br>150 Almaden Blvd, Ste. 900<br>San Jose, CA 95113<br>Email:  jeff.nedrow@usdoj.com | Garrick S. Lew<br>600 Townsend Street, Suite 329E<br>San Francisco, CA 94103<br>Email: gsl@defendergroup.com |
|---|---|

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/:  Abbie Chin  
Abbie Chin