EDWIN K. PRATHER (SBN. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com

Attorneys for Defendant Asaf Nass

~~CHAMBER'S COPY~~
~~DO NOT FILE~~

~~RECEIVED~~
~~MAR 10 2008~~

FILED
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>AMIT M. EZYONI, et al.,<br><br>               Defendants. | Case No.: CR 07-0788 JF<br><br>[~~PROPOSED~~] ORDER MODIFYING ASAF NASS' TERMS AND CONDITIONS OF RELEASE |

On January 23, 2008, the Court released defendant Asaf Nass on certain terms and conditions including a $250,000 bond. The specifics of the bond were that: $50,000 was unsecured; $100,000 was secured by cash from Nazgol Ashouri, Mr. Nass' surety and custodian; and the remaining $100,000 would be secured by equity in Mr. Nass' property at 2484 Stokes Avenue in San Jose, California.

After Mr. Nass' release, the Stokes Avenue property was appraised. Due to the depressed housing market, the property did not appraise above the $100,000 that was contemplated by the parties at the January 23, 2008 hearing.

The parties appeared before the Court on February 28, 2008 for a hearing and discussed Mr. Nass' real property holdings. The Court ordered that the total amount of Mr. Nass' bond --

$250,000 – remain unchanged and ordered the following modifications to Mr. Nass' bond: The bond is modified to be unsecured in the amount of $85,000. The bond shall continue to be secured by $100,000 in cash from Ms. Ashouri. The bond shall be secured by $40,000 in cash from Mr. Nass. The final $25,000 shall be secured in equity in Mr. Nass' condominium near Austin, Texas. Mr. Nass will post the $40,000 in cash to the Clerk of Court on or before March 7, 2008, and will post the encumbrance to his Texas property on or before March 17, 2008.

The parties shall appear on March 17, 2008, at 1:30 p.m. for a hearing on the status of Mr. Nass' property posting. This date shall be vacated if Mr. Nass posts the Texas property with the Clerk of Court prior to March 17, 2008.

Additionally, Mr. Nass shall be allowed to travel outside of the Northern District of California, but within the State of California with the pre-approval of Pretrial Services. Requests to Pretrial Services for such travel are to be made a minimum of 24 hours in advance.

Ms. Ashouri has been notified of the above modifications to the terms and conditions of release and appearance of Mr. Nass. She was also present in the courtroom during the February 28, 2008 hearing.

All other terms and conditions of release and appearance from the Court's January 23, 2008 order shall remain unchanged.

IT IS SO ORDERED.

Dated: March 11, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Modifying Asaf Nass' Terms and Conditions of Release [Case No.: CR 07-0788 JF]