EDWIN K. PRATHER (SBN. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com

Attorneys for Defendant Asaf Nass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-0788 JF |
| Plaintiff, | **[PROPOSED] ORDER MODIFYING ASAF NASS' TERMS AND CONDITIONS OF RELEASE** |
| v. | |
| AMIT M. EZYONI, et al., | |
| Defendants. | |

On January 23, 2008, the Court released defendant Asaf Nass on certain terms and conditions including a $250,000 bond. The bond was unsecured in the amount of $50,000 and secured by $100,000 was secured by cash from Nazgol Ashouri, Mr. Nass' surety and custodian and by $100,000 in equity in Mr. Nass' property at 2484 Stokes Avenue in San Jose, California.

During a February 28, 2008 hearing, the Court modified the bond to accept an encumbrance as to Mr. Nass' condominium near Austin, Texas instead of the Stokes Avenue property. In its March 11, 2008 Order, the Court modified the bond to be unsecured and secured as follows: [1] Unsecured in the amount of $85,000; [2] Secured by $100,000 in cash from Ms. Ashouri; [3] Secured by $40,000 in cash from Mr. Nass; and [4] Secured by $25,000 in equity in Mr. Nass' condominium near Austin, Texas.

1   The $100,000 in cash from Ms. Ashouri was previously posted and Mr. Nass posted

2   $40,000 in cash on March 12, 2008.

3   However, in attempting to post the Texas property, Mr. Nass has encountered significant

4   issues that preclude its use to secure the instant bond.

5   As an initial matter, defense counsel had to locate and retain a qualified, Texas-licensed

6   real estate attorney to assist with posting Mr. Nass' property. Although retaining Texas co-

7   counsel posed a significant expense in itself, it was also necessary to ensure the requisite deeds of

8   trust and reconveyance were legally sufficient under Texas law. Texas co-counsel advised that

9   residential mortgages in Texas typically include clauses forbidding any additional encumbrance

10  without permission from the mortgage holder. Moreover, Texas law forbids the encumbrance of

11  a property beyond 80% of its appraised value. Co-counsel believed that Mr. Nass would run

12  afoul of this 80% prohibition given the appraised value of Mr. Nass' property, the limited amount

13  of equity Mr. Nass has in his property, and the $25,000 Mr. Nass sought to encumber to secure

14  his release.

15  As such, the parties have agreed that it is not feasible to encumber the Texas property. In

16  lieu of the $25,000 in equity in the Texas property, the government and Mr. Nass have agreed

17  that Mr. Nass shall post an additional $10,000 in cash from the sale of his automobile and that the

18  amount of bond unsecured shall be increased by $15,000.

19  In sum, Mr. Nass' $250,000 bond shall be secured by: $100,000 in cash from Ms. Ashouri

20  and $50,000 in cash from Mr. Nass. The bond shall be unsecured in the amount of $100,000.

21  Mr. Nass shall post the additional $10,000 in cash within five (5) court days of the filing

22  of this order.

///

///

[Proposed] Order Modifying Asaf Nass' Terms and Conditions of Release [Case No.: CR 07-0788 JF]

The March 17, 2008 hearing for the status of Mr. Nass' property posting is vacated.

Ms. Ashouri has been notified of the above modifications to the terms and conditions of release and appearance of Mr. Nass.

IT IS SO ORDERED.

Dated: March_____, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

 /s/:  Edwin K. Prather         
EDWIN K. PRATHER
Attorneys for Defendant Asaf Nass

 /s/:  Jeff Nedrow          
JEFF NEDROW
Assistant United States Attorney

Proof of Service

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On March 13, 2008, I served a copy, with all exhibits, of the following documents:

• [PROPOSED] ORDER MODIFYING ASAF NASS' TERMS AND CONDITIONS OF RELEASE

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY MAIL) I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service. Following ordinary business practices and placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at San Francisco, California, addressed as below:

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| Via Email<br>Jeff Nedrow<br>United States Attorneys Office<br>Northern District of California<br>150 Almaden Blvd, Ste. 900<br>San Jose, CA 95113<br>Email: jeff.nedrow@usdoj.gov | Via Email<br>Garrick S. Lew<br>600 Townsend Street, Suite 329E<br>San Francisco, CA 94103<br>Fax: (415) 522-1506<br>Email: gsl@defendergroup.com<br>Attorney for Limor Gefen |
| VIA FACSIMILE<br>Jaime Carranza<br>Pretrial Services<br>280 South First Street, Suite 1150<br>San Jose, CA 95113-3002<br>Fax: (408) 535-5227 | Via Email<br>Steven E. Chaykin<br>Akerman Senterfitt<br>One S.E. 3rd Avenue, 25th Floor<br>Miami, FL 33131-1714<br>Email: Steven.Chaykin@Akerman.com<br>Attorney for Randy Golberg |
| Via Email<br>Ronald Gainor<br>6414 Fairways Drive<br>Longmont, CO 80503<br>Fax: (303) 447-0930<br>Email: gains_2000@hotmail.com<br>Attorney for Brandi C. Aycock<br>Admitted *pro hac vice* | Via Email<br>Jerry Y. Fong<br>Carey & Carey<br>706 Cowper Street<br>PO BOX 1040<br>Palo Alto, CA 94302-1040<br>Fax: (650) 853-3632<br>Email: jf@careyandcareylaw.com<br>Attorney for Brandi C. Aycock |

Page 4

[Proposed] Order Modifying Asaf Nass' Terms and Conditions of Release [Case No.: CR 07-0788 JF]

| | |
|---|---|
| Via Fax<br>Mark A. Arnold<br>Rose & Arnold<br>45 East Julian Street<br>San Jose, CA 95112<br>Fax: 408-286-9155<br>Attorney for David R. Lamondin | Via Mail<br>Michael D. Orenstein<br>3864 Sheridan Street<br>Hollywood, FL 33021<br>Attorney for Matthew D. Sandomir |
| Via Email<br>Hugh Anthony Levine<br>345 Franklin Street<br>San Francisco, CA 94102<br>Fax: (415) 255-7264<br>Email: halesq@ix.netcom.com<br>Attorney for Stuart H. Sheinfeld | Via Fax<br>Michael J. Sacks<br>Brush & Sacks<br>7210 Wisteria Avenue<br>Parkland, FL 33076<br>Fax: (954) 575-8041<br>Attorney for Carol Haeussler |
| Via Email<br>Lara Suzanne Vinnard<br>Federal Public Defender<br>San Jose<br>160 West Santa Clara St., Suite 575<br>San Jose, CA 95113<br>Email: lara_vinnard@fd.org<br>Attorney for Christopher A. Sariol | Via Email<br>Vicki H. Young<br>Law Offices of Vicki H. Young<br>7016 Cowper Street, Suite 202<br>Palo Alto, CA 94301<br>Email: vickihyoung@yahoo.com<br>Attorney for Eduardo A. Subirats |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Stephanie Chan
Stephanie Chan

[Proposed] Order Modifying Asaf Nass' Terms and Conditions of Release [Case No.: CR 07-0788 JF]