EDWIN K. PRATHER (SBN. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com

Attorneys for Defendant Asaf Nass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMIT M. EZYONI, et al.,<br><br>　　　　　Defendants. | Case No.: CR 07-0788 JF<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING THE APPEARANCE OF ASAF NASS AT THE AUGUST 13, 2008 STATUS CONFERENCE** |

The Court recently reset the status conference in this case, *sua sponte*. While the Court had previously waived the appearance for all defendants – including Mr. Nass – at the August 6, 2008 status conference, the Court's order continuing the status conference to August 13, 2008 did not specify that the appearances for all defendants would continue to be waived. Assistant United States Attorney Jeff Nedrow has no objection to the Court's waiver of the appearance of all defendants at the August 13, 2008 status conference. In light of the foregoing, and to the extent the Court requires it, Mr. Nass respectfully requests that the Court waive his appearance at the August 13, 2008 status conference.

Page 1

Stipulation and [Proposed] Order Waiving the Appearance of Asaf Nass
at the August 13, 2008 Status Conference [Case No.: CR 07-0788 JF]

1        IT IS SO ORDERED.

2  Dated: August __12__, 2008

3

4        _____
      JEREMY FOGEL
      UNITED STATES DISTRICT JUDGE

5

6  Approved as to form:

7

8  /s/:  Edwin K. Prather
EDWIN K. PRATHER
Attorneys for Defendant Asaf Nass

9

10  /s/: Jeff Nedrow
JEFF NEDROW
Assistant United States Attorney

11

Page 2

Stipulation and [Proposed] Order Waiving the Appearance of Asaf Nass
at the August 13, 2008 Status Conference [Case No.: CR 07-0788 JF]

Proof of Service

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On August 11, 2008, I served a copy, with all exhibits, of the following documents:

- STIPULATION AND [PROPOSED] ORDER WAIVING THE APPEARANCE OF ASAF NASS AT THE AUGUST 13, 2008 STATUS CONFERENCE

___X___  (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___  (BY MAIL) I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service. Following ordinary business practices and placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at San Francisco, California, addressed as below:

___X___  (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| Via Email<br>Jeff Nedrow<br>United States Attorneys Office<br>Northern District of California<br>150 Almaden Blvd, Ste. 900<br>San Jose, CA 95113<br>Email: jeff.nedrow@usdoj.com | Via Email<br>Garrick S. Lew<br>600 Townsend Street, Suite 329E<br>San Francisco, CA 94103<br>Fax: (415) 522-1506<br>Email: gsl@defendergroup.com<br>Attorney for Limor Gefen |
| Via Email<br>Mark Donald Eibert<br>Attorney at Law<br>PO Box 1126<br>Half Moon Bay, CA 94019<br>Email: markeibert@comcast.net<br>Attorney for Daniel G. Rangel | Via Email<br>Steven E. Chaykin<br>Akerman Senterfitt<br>One S.E. 3rd Avenue, 25th Floor<br>Miami, FL 33131-1714<br>Email: Steven.Chaykin@Akerman.com<br>Attorney for Randy Goldberg |
| Via Email<br>Ronald Gainor<br>6414 Fairways Drive<br>Longmont, CO 80503<br>Fax: (303) 447-0930<br>Email: gains_2000@hotmail.com<br>Attorney for Brandi C. Aycock<br>Admitted *pro hac vice* | Via Email<br>Jerry Y. Fong<br>Carey & Carey<br>706 Cowper Street<br>PO BOX 1040<br>Palo Alto, CA 94302-1040<br>Fax: (650) 853-3632<br>Email: jf@careyandcareylaw.com<br>Attorney for Brandi C. Aycock |

Page 3

Stipulation and [Proposed] Order Waiving the Appearance of Asaf Nass
at the August 13, 2008 Status Conference [Case No.: CR 07-0788 JF]

| | |
|---|---|
| Via Fax<br>Mark A. Arnold<br>Rose & Arnold<br>45 East Julian Street<br>San Jose, CA 95112<br>Fax: 408-286-9155<br>Attorney for David R. Lamondin | Via Mail<br>Michael D. Orenstein<br>3864 Sheridan Street<br>Hollywood, FL 33021<br>Attorney for Matthew D. Sandomir |
| Via Email<br>Hugh Anthony Levine<br>345 Franklin Street<br>San Francisco, CA 94102<br>Fax: (415) 255-7264<br>Email: halesq@ix.netcom.com<br>Attorney for Stuart H. Sheinfeld | Via Email<br>Michael J. Sacks<br>Brush & Sacks<br>7210 Wisteria Avenue<br>Parkland, FL 33076<br>Fax: (954) 575-8041<br>Email: msacks@bellsouth.net<br>Attorney for Carol Haeussler |
| Via Email<br>Lara Suzanne Vinnard<br>Federal Public Defender<br>San Jose<br>160 West Santa Clara St., Suite 575<br>San Jose, CA 95113<br>Email: lara_vinnard@fd.org<br>Attorney for Christopher A. Sariol | Via Email<br>Vicki H. Young<br>Law Offices of Vicki H. Young<br>7016 Cowper Street, Suite 202<br>Palo Alto, CA 94301<br>Email: vickihyoung@yahoo.com<br>Attorney for Eduardo A. Subirats |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Stephanie Chan
Stephanie Chan

Page 4

Stipulation and [Proposed] Order Waiving the Appearance of Asaf Nass
at the August 13, 2008 Status Conference [Case No.: CR 07-0788 JF]