# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASAF NASS,<br><br>　　　　Defendant. | Case No.:  CR 07-0788 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE** |

　　Mr. Nass has pled guilty and his matter is currently set for a status conference on Wednesday, September 26, 2012, in order to set a sentencing hearing date.

　　In light of the status of the remainder of the case -- other co-defendants have yet to be sentenced or set for sentencing, and a second trial against co-defendant Brandi Aycock is highly likely -- the parties are not yet in a position to request that the Court set a sentencing hearing for Mr. Nass.  As such, the parties stipulate and request that the status conference on Mr. Nass' matter go over approximately one month to October 24, 2012, at 9:00 a.m.

STIPULATION AND [PROPOSED] ORDER
RE STATUS CONFERENCE [Case No.: CR 07-0788 LHK]　　　　　　　　　　　　　　　1

It appears that the suggested date of October 24, 2012, is available based on a review of the Court's available dates on the Court's website.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

Dated: September 20, 2012          _____/s/_____
          JEFF NEDROW
          Assistant United States Attorney


Dated: September 20, 2012          _____/s/_____
          EDWIN PRATHER
          Attorney for Defendant
          ASAF NASS


## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Nass' status conference in this matter is hereby continued until October 24, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 9/21/12          *Lucy H. Koh*
          HON. LUCY H. KOH
          U.S. DISTRICT JUDGE