# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASAF NASS,<br><br>    Defendant. | Case No.: CR 07-0788 LHK<br><br>**AMENDED STIPULATION AND [~~PROPOSED~~] ORDER RE SENTENCING HEARING** |

Mr. Nass has pled guilty in this matter and his plea agreement calls for him to cooperate with the government pursuant to U.S.S.G. § 5K1.1. His matter is currently set for a sentencing hearing on Wednesday, February 6, 2013.

The Court has also accepted the guilty plea of Randy Goldberg – Mr. Nass' co-defendant – and set his sentencing hearing for February 6, 2013.

To allow Mr. Nass to complete his cooperation and to be sentenced in consideration of his cooperation, the parties stipulate and request that the Court vacate the February 6, 2013

sentencing hearing date and continue the matter for a sentencing hearing to be held on Wednesday, April 10, 2013, at 9:00 a.m.

The Court is available on the suggested date based on contact with the Court's clerk and a check of available dates on the Court's website.

SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: January 11, 2013          _____/s/_____
JEFF NEDROW
Assistant United States Attorney

Dated: January 11, 2013          _____/s/_____
EDWIN PRATHER
Attorney for Defendant
ASAF NASS

### [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Nass' sentencing hearing in this matter is hereby continued to Wednesday, April 10, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 1/14/13                   _____
HON. LUCY H. KOH
U.S. DISTRICT JUDGE

AMENDED STIPULATION AND [PROPOSED] ORDER
RE SENTENCING HEARING [Case No.: CR 07-0788 LHK]          2