FILED

MAR 1 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASAF NASS,<br><br>Defendant. | Case No.: CR 07-0788 LHK (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF BOND** |

Mr. Nass has pled guilty in this matter and his matter is currently set for a sentencing hearing on April 10, 2013. The plea agreement between Mr. Nass and the government calls for Mr. Nass to cooperate with the government pursuant to U.S.S.G. § 5K1.1. Mr. Nass has cooperated with the government, including testifying at trial as a government witness.

In 2008, the Court released Mr. Nass on certain terms and conditions, including a $250,000 bond. The bond was, and is currently, unsecured in the amount of $100,000 and secured by cash in the amount of $100,000 from Mr. Nass' surety, Nazgol Ashouri, and by

cash in the amount of $50,000 from Mr. Nass. Mr. Nass has remained on pretrial release and under the supervision of Pretrial Services for over five years.

The parties stipulate and request that Mr. Nass' bond be modified so that it is secured by cash in an amount of only $100,000, and that it be unsecured in the amount of $150,000. The purpose of the modification is to return $50,000 in cash to Mr. Nass.

Therefore the Clerk of Court should return to Mr. Nass $50,000 by issuing a check payable to "Asaf Nass – Prather Law Offices Client Trust Account" after Mr. Nass submits the Affidavit of Owner of Cash Security pursuant to the Court's General Order 55.

Ms. Ashouri is aware of the above modifications to the terms and conditions of Mr. Nass' bond. She is aware, and the parties have agreed, that the remainder of the secured bond may also be returned to Ms. Ashouri after Mr. Nass is sentenced or after his sentence is complete.

Pretrial Services does not object to this Stipulation and Request.

SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: March 13, 2013      _____/s/_____
JEFF NEDROW
Assistant United States Attorney

Dated: March 13, 2013      _____/s/_____
EDWIN PRATHER
Attorney for Defendant
ASAF NASS

## [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Nass' bond is hereby modified so that it is secured by cash in an amount of only $100,000, and that it be unsecured in the amount of $150,000. The purpose of the modification is to return $50,000 in cash to Mr. Nass.

The Clerk of Court should return to Mr. Nass $50,000 by issuing a check payable to "Asaf Nass – Prather Law Offices Client Trust Account" after Mr. Nass submits the Affidavit of Owner of Cash Security pursuant to the Court's General Order 55.

IT IS SO ORDERED.

Dated: 3/14/13

_____
HON. HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE