MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-00788-LHK |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| ASAF NASS, | |
| Defendant. | |

    The United States, through its counsel Jeff Nedrow and Jeff Schenk, and defendant Asaf Nass, through his counsel Edwin Prather, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Wednesday, April 10, 2013 at 9:00 a.m. to Wednesday, July 24, 2013 at 9:00 a.m. before this Court. This continuance is requested for the following reasons:

    1) The parties are requesting additional time to prepare for sentencing in this case. In particular, the parties are working to resolve issues pertaining to restitution. The Presentence Report in this matter has not yet been completed. The restitution issues are complicated by the

large numbers of victims in this case. The parties accordingly request additional time to complete the presentence process.

For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from April 10, 2013 to July 24, 2013 at 9:00 a.m. The probation office has been contacted regarding this requested continuance.

It is so stipulated.

Respectfully submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

April 2, 2013                /s/
                             JEFFREY D. NEDROW
                             JEFFREY B. SCHENK
                             Assistant U.S. Attorneys

April 2, 2013                /s/
                             EDWIN PRATHER
                             Attorney for Asaf Nass

**ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from April 10, 2013 to July 24, 2013 at 9:00 a.m. before this Court.

Dated this  3rd  day of April, 2013.

_Lucy H. Koh_
LUCY H. KOH
United States District Judge