MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

     150 Almaden Boulevard, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5045
     FAX: (408) 535-5066
     jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 07-00788-LHK |
| | ) |
|     Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] FINAL |
|   v. | ) ORDER OF RESTITUTION |
| | ) |
| | ) |
| ASAF NASS, | ) |
| | ) |
|     Defendant. | ) |

     The United States, through its counsel Jeff Nedrow, and defendant Asaf Nass, through his

counsel Edwin Prather, hereby stipulate to the entry of a final order of restitution in the amount of

$752,702.66. The restitution shall be allocated as specified in the attached worksheet.

     The United States Probation Office has had the opportunity to review this stipulation and its

attached worksheet, and the parties have been informed that the assigned Probation Officer concurs with

the restitution amount and the victim allocation.

//

//

//

STIPULATION RE: ORDER OF RESTITUTION

It is so stipulated.

MELINDA HAAG
UNITED STATES ATTORNEY

Dated: May 20, 2014 _____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney

Dated: May 20, 2014 _____/s/_____
EDWIN PRATHER
Attorney for Asaf Nass

STIPULATION RE: ORDER OF RESTITUTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 07-00788-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | FINAL ORDER RE: RESTITUTION |
| | ) ) | |
| ASAF NASS, | ) ) | |
| Defendant. | ) | |

For the reasons set forth above in the stipulation between the parties, it is hereby ordered that the final restitution in this place shall be $752,702.66 as to Asaf Nass in this case. This restitution amount is ordered jointly and severally with the other defendants in this case. The restitution shall be allocated as specified in the attached worksheet.

In light of this restitution order, the May 21, 2014 restitution hearing in this matter is vacated as to defendant Nass.

IT IS SO ORDERED.

Dated this <u>20th</u> day of May, 2014.    _____

                                            LUCY H. KOH
                                            United States District Judge

STIPULATION RE: ORDER OF RESTITUTION

# U.S. v. Ezyoni, et al.
## Case No. 07-CR-00788

| Last Name | First Name | Loss Amount |
|---|---|---|
| (Eshleman) Lewis | Michele | $3,600.00 |
| Aceves | Jose | $1,301.00 |
| Adams | Dan | $1,295.84 |
| Agosto  [DECEASED] | Agripina | $2,700.00 |
| Aguero | Migdalia | $2,940.00 |
| Aiesi | Chris | $319.00 |
| Albertini | Patricia | $1,139.00 |
| Alexander | Earl | $608.00 |
| Alexander (McDonald) | Michele | $837.00 |
| Alexander | Monica | $490.00 |
| Alger | Miranda | $2,400.00 |
| Allen | Bonnie | $1,820.00 |
| Allred | Jerry | $1,392.00 |
| Alton | Julian | $1,472.00 |
| Anderson | Dawn | $387.50 |
| Anderson | LaResa | $634.00 |
| Anderson | Mark | $1,222.00 |
| Anderson | Opal | $780.00 |
| Andre-Byman | Aimee | $1,185.00 |
| Aneja | Ritu | $247.00 |
| Antalick | Mary | $4,492.80 |
| Apfel | Ronnie | $1,104.48 |
| Aragon | Francisco | $1,036.75 |
| Areopagita | Amanda | $792.00 |
| Arkestyn | John | $3,679.00 |
| Aultman | Ema | $1,125.00 |
| Austin | Timothy | $1,209.00 |
| Averion | Maria C. | $1,907.93 |
| Bailey | Teria | $400.50 |
| Barlow-Cogar | Deborah | $1,231.25 |
| Barney | Mary Lou | $1,279.70 |
| Barrett | Honi A. Bean/Paul D. | $806.00 |
| Barrett | Curtis | $1,600.00 |
| Bates | Linda | $1,218.60 |
| Baumgarten | Barbara | $2,455.20 |
| Bayolo | Sharon | $2,930.50 |
| Belanger | Elizabeth | $339.00 |
| Benjie | Annah | $316.00 |
| Berteaux | Tyson | $304.00 |
| Billinger | Susan | $1,003.20 |
| Blair | Tawny Blair & Gary Dobbins | $4,200.00 |
| Blake | Patrick | $1,320.00 |
| Blalock | Gene | $1,242.00 |
| Blancarte | Cruz | $769.86 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Bodager | Sheri | $1,898.00 |
| Boebel (Decrane) | Allison | $656.00 |
| Bollman | Patricia | $2,004.00 |
| Bond | Dr. Alma | $1,613.00 |
| Booze (Copeland) | Valerie | $912.00 |
| Bove | Patrick | $1,399.00 |
| Bowersox | Ryan | $702.00 |
| Braun | Lorinda | $1,115.40 |
| Briggs | Jeremy | $714.00 |
| Briner | Suzanne | $3,031.60 |
| Britton | Maria | $1,471.00 |
| Broadway | Burnell | $1,040.00 |
| Brooks | Evonne | $1,142.00 |
| Brooks | Henry | $285.00 |
| Brown | Carol | $1,579.00 |
| Brown | Nikki | $282.80 |
| Brown | Roderick S | $384.80 |
| Brown | Theron & Rosalind | $600.31 |
| Brown-Martinez | Shannon | $1,393.00 |
| Bryant | Robert | $1,624.00 |
| Bucklew | Baire | $1,656.00 |
| Buotte | Irene and James | $2,113.20 |
| Burgen | Yvette | $1,465.00 |
| Burtanger | Donna | $3,800.00 |
| Butt | Tariq | $2,389.00 |
| Bynum | Barbara | $335.00 |
| Cain | Doris | $3,931.00 |
| Campbell | Lisa | $384.00 |
| Canipe | Susan Chase/Darrell | $1,749.50 |
| Capaloi | Cristina | $220.48 |
| Caplan | Randy | $1,250.60 |
| Cardillo | Daniel | $426.00 |
| Carithers | Ernest | $1,259.00 |
| Carleton | Dan I | $337.00 |
| Carlson | Sheri S | $300.00 |
| Carpenter  [DECEASED] | Carolyn | $1,210.00 |
| Carter | Bryant/Sanders | $403.00 |
| Carter | Charles and Charlotte | $1,698.00 |
| Casey | Erin | $1,710.00 |
| Chaballa | Patricia A. | $1,650.00 |
| Chandler (Adams) | Erin | $416.00 |
| Chappell | Barbara | $227.00 |
| Chappell  [DECEASED] | Melvin | $466.00 |
| Cheseborough | Lynnette | $1,140.00 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Childs | Diane | $321.00 |
| Chou | Dennis | $431.00 |
| Cintron | Carlos A. | $150.00 |
| Clapper | Cathleen | $1,015.00 |
| Clark | Kathleen D. | $1,500.00 |
| Clinton | Larry | $430.00 |
| Clough | Chad | $287.00 |
| Cole | Brett | $1,266.00 |
| Cole | Tina | $1,240.00 |
| Coleman | Jove | $1,424.80 |
| Collins | Jessica | $827.00 |
| Colon | Maira | $281.00 |
| Comstock | Jennifer | $287.00 |
| Conley | Sharon | $384.00 |
| Cook | Maureen Cook & Leroy Hoelck | $1,127.00 |
| Cooley | Shannon C. | $274.25 |
| Cooper | Lisa | $3,464.50 |
| Corbin | Christopher | $356.00 |
| Cormier | Donna/Michael | $1,856.40 |
| Cortez | Gilberto | $582.00 |
| Courtney | Donna | $586.00 |
| Crabtree | Martha | $270.00 |
| Crawford | Suzanne | $2,804.00 |
| Creech | William | $6,031.00 |
| Cribbs | Amber | $617.00 |
| Crutcher | Mark | $961.00 |
| Cunningham | Michael | $1,079.00 |
| Cutrona | Frank | $3,411.00 |
| Danieski | Lori Ann | $1,183.40 |
| Dassler | Bruce | $1,198.40 |
| Daugherty | Rick | $1,739.00 |
| Davis | Michael and Holly | $1,846.00 |
| Deleon | Michael | $414.00 |
| Delevan | Sybil [Deceased] | $1,366.00 |
| Denning | Gina | $674.00 |
| Deonier | Rachel | $291.00 |
| Depew | Kelly | $1,216.80 |
| Dickman | Pam | $386.40 |
| Dobbertin | Melissa | $1,030.00 |
| Dolan | Deborah | $1,480.00 |
| Donan | LeeAnn | $1,808.87 |
| Dreisbach | Carrie | $858.00 |
| DuPlooy | Grant | $3,344.00 |
| Dugay | Melissa | $689.00 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Duggan | Frank | $520.00 |
| Dunn | Robert | $1,445.00 |
| Dunsmore | Chutima | $270.00 |
| Edmond | Jacqueline | $524.80 |
| Edwards | Brandon | $458.00 |
| Edwards | James | $2,145.00 |
| Ely | Dinah J | $1,122.00 |
| Endres | Cristin J | $1,953.00 |
| Epperly (Mountain) | Kelly | $1,004.50 |
| Essig | Phillip | $399.00 |
| Evans | Cheryl | $1,536.00 |
| Fahrenz | Barbie | $388.00 |
| Falcone | Ruth | $4,118.00 |
| Fang | Lei | $2,696.00 |
| Farris | Tom | $933.50 |
| Felices | Caroline | $4,629.00 |
| Feliciano | Ana | $361.00 |
| Fergus | Michael | $1,306.00 |
| Fernandez | Ernesto A. | $862.00 |
| Fetty | Helen | $1,539.70 |
| Figueroa | Luz C. | $1,521.00 |
| Fine | Erik | $1,110.00 |
| Fisahick | Mike | $1,947.40 |
| Fisher | Jeff | $2,762.00 |
| Fluck | Brian | $632.25 |
| Foley | Edward | $1,140.00 |
| Foley | Stephanie | $852.00 |
| Ford | Keith | $4,228.00 |
| Ford | Sheva | $1,025.00 |
| Fortune | Nick | $286.00 |
| Foster | Michael S. | $1,961.00 |
| Franklin | Darla | $1,795.00 |
| Fredrickson | Louise | $535.80 |
| Freund | Shellie | $2,776.00 |
| Friend | Earl | $2,164.00 |
| Fromme | Ben | $690.00 |
| Gabehart | James M. | $2,099.81 |
| Galandak | Lorna | $1,512.00 |
| Gallant | Andrew W. | $324.87 |
| Galli | Pete | $2,329.00 |
| Ganoung | Doreen | $922.00 |
| Gardella | Mary | $1,467.00 |
| Gardenhire | Wendi | $668.00 |
| Gardner | Scott | $1,110.00 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Geer | Daniel | $721.00 |
| Geres | Mark/Judy | $870.00 |
| Giganti | Adam/Linda | $697.00 |
| Gigler | Pilar | $2,388.00 |
| Gillispie | Phyllis | $1,546.00 |
| Girgis | Patricia | $1,094.00 |
| Godby | Sarah | $2,262.00 |
| Goddard | Terry | $1,837.00 |
| Goldstein | Nikki | $1,700.00 |
| Gomez | Gene | $306.00 |
| Gomez | Humberto | $1,233.00 |
| Goulart | Donna | $1,278.00 |
| Graham  [DECEASED] | Felix | $3,148.00 |
| Grant | John L | $357.50 |
| Greene | LaTanya | $1,782.00 |
| Greer | Jessica | $231.00 |
| Grieb | John | $424.80 |
| Griffiths | Brent | $787.00 |
| Gross | Brandon Lee | $780.00 |
| Gross | Randy | $450.00 |
| Grow | Michael | $1,341.00 |
| Groys | Maya | $979.60 |
| Guillory | Linda | $4,200.00 |
| Gulati | Manvi | $904.50 |
| Gulli | Pete | $2,329.00 |
| Gunnarson | Kristin | $337.00 |
| Gutierrez | Jesus and Angie | $1,665.66 |
| Guzman | Carlos | $338.00 |
| Gwiazda (Massa) | Christine M | $869.20 |
| Haas | Bryan | $1,635.00 |
| Hall | Katheleen | $446.16 |
| Hamby | John | $495.80 |
| Hanghoj | Karen | $826.00 |
| Hanson | Scott | $704.00 |
| Harris | Betty | $502.20 |
| Harris | Donald | $4,008.00 |
| Harrison | Wallace | $1,343.60 |
| Hartshorn | Michael | $743.00 |
| Hatcher | Amy | $369.60 |
| Hatfield (Richards) | Candice Lynn | $703.00 |
| Haver | Stephanie | $306.00 |
| Hawksley | Rebecca/John | $243.00 |
| Hays | Larry | $1,404.00 |
| Heath (Heap) | Brian | $372.00 |

*Victim List*        **U.S. v. Ezyoni, et al.**
**Case No. 07-CR-00788**

| Last Name | First Name | Loss Amount |
|---|---|---|
| Heinz | John | $4,302.00 |
| Hening | Wayne | $956.93 |
| Hensley | Sally | $1,353.00 |
| Hermandez | Sarah | $420.00 |
| Herrera | Byron | $1,355.00 |
| Hession | Mariclaire / Scott Landman | $212.00 |
| Hetrick | James | $2,220.00 |
| Heydt | Adam | $458.00 |
| Hiebner | Mary | $968.20 |
| Hill | Theresa | $201.50 |
| Hinkle | Heather | $993.00 |
| Hoang | Minh | $1,467.80 |
| Hoare | Tanya H. | $624.00 |
| Hobson | John A | $1,341.00 |
| Hodge | Alex | $502.00 |
| Hoelck | Leroy | $1,127.00 |
| Hoffman | Debbie | $510.00 |
| Hoffman | Rolland | $1,590.00 |
| Holland | Milford | $852.00 |
| Holloway | Matthew | $907.00 |
| Holoch | Kylee | $375.00 |
| Holtz | Daniel M | $7,384.00 |
| Holzer | Todd | $930.00 |
| Honey | Susan | $2,478.00 |
| Howard | David V. | $1,362.40 |
| Hoyt | Michael [DECEASED] | $2,761.00 |
| Hudson | David | $2,080.70 |
| Humphrey | Charles | $243.00 |
| Hurst | Tamatha | $754.00 |
| Idrogo | John | $1,240.00 |
| Inboden | Chad Inboden & Nicole Dennis | $1,352.00 |
| Irizarry (Alicea) | Maxine/Jose | $972.84 |
| Jacob | Burk | $2,246.50 |
| Jacobs | Heather | $795.60 |
| Jenkins | Logan | $423.00 |
| Jensen | Chris | $3,426.00 |
| Jinnah | Sharri | $1,185.60 |
| Johnson | Debra | $2,788.63 |
| Johnson | Jaclyn Holly | $1,256.00 |
| Johnson | John | $714.75 |
| Johnson | Ken & Debbie | $2,130.00 |
| Johnson [DECEASED] | Kim | $1,199.00 |
| Jones | Alicia M. | $2,117.00 |
| Jones | William | $338.00 |

# U.S. v. Ezyoni, et al.
## Case No. 07-CR-00788

| Last Name | First Name | Loss Amount |
|---|---|---|
| Jordan | Kathleen | $424.00 |
| Joseph | Keith B | $1,215.00 |
| Jovoni | John & Carmen | $616.00 |
| Kabra | Sunil | $428.00 |
| Kangiser | Danielle and Aaron | $739.00 |
| Karlen | Johan | $1,346.00 |
| Kassab | David | $2,943.38 |
| Kaur | Harminder | $2,214.00 |
| Kearney | Laura | $684.40 |
| Keilson  [DECEASED] | Lillian (Rifka) | $426.00 |
| Keller | Kimberly | $3,100.00 |
| Kelley | Michael | $275.00 |
| Kepko | Sandra | $773.81 |
| Khan | Bozena Bo | $7,908.13 |
| Kidwell | Carmen | $900.00 |
| King | Kevin S. | $741.25 |
| Kirik | Kelcey | $355.00 |
| Kittredge | Melanie | $1,170.00 |
| Knowles | Julie K | $2,426.00 |
| Knox | Jewells | $1,516.00 |
| Koc | Constance | $767.00 |
| Kolleck | Nora | $1,196.00 |
| Kondos | Daniel Kondos & Eric Johnson | $1,448.00 |
| Kondrath | Chris | $1,310.40 |
| Kost | Edward | $1,027.00 |
| Kratochvil | Chuck | $559.00 |
| Krause | Benjamin | $351.00 |
| Krueger | Nancy | $4,073.00 |
| Kuhwald | Caitlin | $382.00 |
| Kuisle | Heather | $2,721.00 |
| Kujawski | Bryan | $904.80 |
| Kukreja | Arisara | $1,064.00 |
| Kutrubes | Peter | $2,349.00 |
| Labovitz | Eric | $829.00 |
| Laghaee | Shahin | $1,768.00 |
| Lahmann | Brian | $725.00 |
| Lam | Rebecca | $1,092.00 |
| Lam | Tuan | $1,361.00 |
| Landon | Dena | $283.86 |
| Lappe | Stephen | $645.00 |
| Larsen | Martin E | $1,672.00 |
| Lauten | Daniel | $755.00 |
| Lavu | Sudhir | $736.00 |
| LeBlanc | Glenn | $499.20 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| Leavitt | Joe | $1,030.00 |
| Lee | Jeanne | $838.00 |
| Lee | Nancy | $216.80 |
| Lehr | Kurtis/Carol | $719.80 |
| Leijon | Stefan | $3,500.00 |
| Leman | Sandra | $1,392.00 |
| Lequin | Wendie | $1,729.00 |
| Leuin | Barbara | $538.00 |
| Leza | Vikki | $1,869.00 |
| Lin | Ching-Ye | $643.50 |
| Lobar | Saige/Lance | $369.00 |
| Logan | Barry | $3,247.00 |
| Loomis | Roger | $769.56 |
| Lopez | Whitney | $1,692.00 |
| Loving | Linda  [DECEASED] | $2,254.00 |
| Lowe | Dean [DECEASED] | $318.00 |
| Lu | Mei | $599.00 |
| Lunde | Diana | $2,848.00 |
| Lynch | Patsy | $2,242.00 |
| Macallair | Marilyn J | $2,895.60 |
| Mackellar | Bryant | $821.00 |
| Macy | Jeanna | $2,688.00 |
| Madigan | Tracey | $1,547.00 |
| Maeng | Clarence | $1,575.00 |
| Maher | Donald P | $1,889.00 |
| Malhi | Jasbinder | $2,337.00 |
| Mamey | Donna M. | $1,477.00 |
| Manuel | Judith L | $378.00 |
| Marcello | Ernest | $534.00 |
| Marjanovich | Jela | $176.00 |
| Marsh | Sean | $3,705.00 |
| Marshall | Steve | $600.00 |
| Martarano | Monica | $1,825.00 |
| Martinez | Miguel | $1,772.00 |
| Martins | Carlos and Tina | $847.00 |
| Mason | Daran and Sissy | $594.00 |
| Mason | Sarah | $790.00 |
| Matheus | Juan | $423.00 |
| Matthews | Kathy | $1,638.00 |
| Maxwell | Lucy | $967.00 |
| Maxwell | Sonia | $2,684.00 |
| May | Andrew | $311.00 |
| May | Kimberlee | $704.00 |
| Mayes | Keith | $228.80 |

| Last Name | First Name | Loss Amount |
|---|---|---|
| McClure | Amber | $394.60 |
| McCurdy | Farrell | $2,000.00 |
| McCurdy | Mary | $2,190.00 |
| McGee | Ron and Lesley | $1,241.00 |
| McLeod | Ryan | $251.60 |
| McLoud | Cody | $749.00 |
| McQueen | John | $2,144.00 |
| Melsheimer | Douglas | $205.00 |
| Menard | Phyllis | $622.20 |
| Menendez | Vickie | $828.00 |
| Merdinger | Valerie and Marc | $5,368.75 |
| Meredith | Ross E. | $3,359.13 |
| Merseth | Monique | $1,909.00 |
| Mesina | Roxanne | $1,193.00 |
| Michael | Donna | $928.00 |
| Michailidis | Margaret | $705.00 |
| Miljkovic | Vesna | $240.00 |
| Miller | Hank | $2,092.00 |
| Miller | James | $2,072.60 |
| Miller | Robert and Jeanne | $965.00 |
| Mills | Antonia | $249.00 |
| Mizuba | Karen | $858.00 |
| Moazzez | Amir | $320.00 |
| Mora | Tony | $1,599.00 |
| Moriarty | Jane | $946.00 |
| Mule | Aaron | $822.96 |
| Muntean | Felician | $1,008.00 |
| Mushrush | Jerry | $1,487.00 |
| Myers | Michael | $2,189.60 |
| Nadauld | James | $1,380.00 |
| Nader | Michael | $1,710.00 |
| Nader | JoEllen | |
| Nank | Tim D. | $2,000.00 |
| Narad | Vanessa | $371.80 |
| Neiderhiser | Joshua | $636.50 |
| Nejame-Cintron | Stephanie | $2,348.38 |
| Nelly | Thomas Nelly & Matt Russo | $1,002.00 |
| Nguyen | Roger | $364.00 |
| Nicastro | Oswaldo | $1,622.00 |
| Nichols | Mary | $224.00 |
| Nicolosi | Lisa | $1,607.00 |
| Noyes | Nicole | $733.00 |
| O'Marde | Keisha | $434.00 |
| O'Neil | Marian | $587.80 |

*Victim List*

**U.S. v. Ezyoni, et al.
Case No. 07-CR-00788**

10 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| Oberbauer | Laura E. | $947.00 |
| Olayisade | Adebanji | $499.00 |
| Olowecki | Dvorah | $1,590.00 |
| Olsson | Dawn/Craig | $4,000.00 |
| Ouch | Mardi | $682.00 |
| Pace | Melissa | $1,642.00 |
| Pacheco | Yennis | $1,547.60 |
| Page | Tamara | $360.00 |
| Page | Thomas | $1,680.00 |
| Parker | Sharon | $1,233.00 |
| Parque | Michelle | $1,115.40 |
| Patel | Shetal & Dharmesh | $786.00 |
| Pearl | Joshua | $545.60 |
| Percin | Janette | $296.00 |
| Perkins | Linda | $495.00 |
| Perovich | Michelle | $351.78 |
| Peterson | Beverly | $1,945.00 |
| Petty | Chris | $3,474.60 |
| Phillips | Marcia T. | $1,433.81 |
| Piazza | Richard | $688.00 |
| Piepkorn | Lucas | $1,149.00 |
| Pierce | Pamala | $2,832.00 |
| Pinto | Patricio | $1,975.00 |
| Pirela | Yolanda | $530.00 |
| Podbielski | Ann Mary | $858.00 |
| Polite | Francine | $1,352.00 |
| Pond | Joshua & Brooke | $795.00 |
| Potischman | David & Julie | $465.00 |
| Proffitt | Beverley & Roy | $524.00 |
| Quinlan | Richard | $1,359.00 |
| Randall | Natie | $435.00 |
| Rank | Dane & Kaori | $1,209.00 |
| Rasheed | Saleem | $599.00 |
| Raskind | Amy | $434.00 |
| Raywood | Raum | $2,576.00 |
| Reed | Andre | $800.00 |
| Reef | Danny | $2,352.00 |
| Reid | James Todd | $1,149.00 |
| Renteria | Alfredo | $2,153.00 |
| Reynolds | Judy | $2,523.00 |
| Roberts | Angela | $996.00 |
| Roberts | Edward | $1,516.00 |
| Roberts | Michael (& Nicole) | $1,185.00 |
| Robinson | Joan  [DECEASED] | $1,875.00 |

*Victim List*                      **U.S. v. Ezyoni, et al.**
                                   **Case No. 07-CR-00788**

| Last Name | First Name | Loss Amount |
| --- | --- | --- |
| Robinson | Theodore | $2,752.00 |
| Rochette | Dawn | $2,870.40 |
| Rock | William/Deborah | $1,045.48 |
| Rogers | Cara | $2,034.00 |
| Rondan | Esli | $381.00 |
| Roth | Jennifer | $1,614.80 |
| Rouhani | Ramin & Tracy | $1,005.00 |
| Rowe | Nita | $2,072.00 |
| Ruffin | Jill E | $3,035.20 |
| Rugama | Ileana | $1,548.00 |
| Ruggero | Amy Ruggero & Daniel Hoffenb | $395.00 |
| Runk | Prema [DECEASED] | $1,044.00 |
| Ryan | Jennifer | $869.20 |
| Samy | Azam Y | $1,060.00 |
| Sarno | Omar | $2,717.00 |
| Saroufim | Rabih | $2,717.00 |
| Sauer | John & Megan | $357.00 |
| Sava | Jill | $1,560.00 |
| Scarpaci | Joe & Michael | $394.00 |
| Schmidt | Shelly | $770.00 |
| Schooley | Joan | $418.00 |
| Schroeder | Arthur | $1,943.00 |
| Schroyer | Lori | $3,155.00 |
| Schulz | Kerry [DECEASED] | $257.00 |
| Schwartz | Christine | $2,842.00 |
| Segovia | Kimberly | $699.00 |
| Sell | Sherri | $294.00 |
| Shannon | Christopher | $582.00 |
| Sharma | Anand | $444.00 |
| Sharp | Tony | $496.00 |
| Shaw | Eric | $1,332.00 |
| Shelman | Amy | $2,408.00 |
| Sheriff | Haya | $2,369.00 |
| Shifflet | Charles | $978.00 |
| Shore | Rachel | $372.00 |
| Shur | April | $696.00 |
| Sierra | Veronica | $2,045.00 |
| Silovich | Joseph | $1,825.20 |
| Simpson | William | $1,027.00 |
| Singh | Ajit | $2,000.00 |
| Singh | Sudeep | $5,740.00 |
| Sjoberg | Laura | $772.00 |
| Smit | Walter M. | $1,530.00 |
| Smith | Calvin | $3,566.00 |

*Victim List*      **U.S. v. Ezyoni, et al.**
**Case No. 07-CR-00788**

| Last Name | First Name | Loss Amount |
|---|---|---|
| Smith | Michael | $1,982.00 |
| Smith | Shara | $2,698.00 |
| Smith | Terri | $1,890.00 |
| Smolinski (nee: Casey) | Erin | $1,710.00 |
| Soifer | Jason | $2,183.00 |
| Solomon | Frieda  [DECEASED] | $1,441.44 |
| Song | Moonyoung | $1,265.00 |
| Southward | Areta | $1,346.40 |
| Spangle | Seth | $388.00 |
| Spanko | Paul | $3,200.00 |
| Spencer | Ian | $1,356.00 |
| Sperrazza | Michael | $3,639.00 |
| Stabnow | Kaoru | $1,008.80 |
| Stevens | Cindy | $1,499.00 |
| Stevens | Pamela | $4,100.00 |
| Stevenson | Derik | $2,028.00 |
| Stone | Linda F | $2,096.00 |
| Stone | Pat | $632.00 |
| Storey | Homer C | $1,157.00 |
| Strachota | Andrew | $608.00 |
| Strunk | Morgan | $514.30 |
| Stuhl | Michael | $657.80 |
| Stull | Gerald | $614.00 |
| Suba | Diane | $293.00 |
| Swaye | Gary | $1,091.00 |
| Sweet | Lisa & Terry | $1,833.00 |
| Taft | Tiffany | $924.00 |
| Tan | Delia | $496.00 |
| Taugherty | Rick | $1,738.80 |
| Tavtigian | Richard | $979.00 |
| Taylor | Tiffani | $372.00 |
| Teixeira | Sherri | $1,049.00 |
| Temple | Megan | $1,434.00 |
| Terman | Alex | $1,160.00 |
| Tetter | Merle L | $497.00 |
| Thompson | Gretchan | $361.00 |
| Thurston | Maggie | $2,364.00 |
| Timm | Brian Timm & Nicole Klemp | $408.00 |
| Toliver | Holly | $876.00 |
| Tomozoyk | Johan | $1,789.00 |
| Tran | Phong | $1,785.00 |
| Trepel | Joseph | $343.20 |
| Trimm | Suzan T.  [DECEASED] | $740.00 |
| Truong | Phong D. | $491.00 |

# U.S. v. Ezyoni, et al.
## Case No. 07-CR-00788

| Last Name | First Name | Loss Amount |
|---|---|---|
| Tucker | Clyde | $418.20 |
| Urbaitis | Barbara | $729.00 |
| Van Cott | Julie | $1,876.00 |
| Van Doorn | Richard | $1,560.62 |
| Van Wie | Audra J | $700.00 |
| Vanhoven | Kathleen | $198.00 |
| Vargus | Raymond | $420.00 |
| Bassett | Lori | |
| Vasquez | Tina M. | $476.00 |
| Vinson | Rick | $195.00 |
| Vought | Tim | $2,240.00 |
| Walker | George | $3,182.00 |
| Walker | Laura | $1,419.00 |
| Walsh | Donna L. | $614.00 |
| Wang | Wells | $541.00 |
| Washington | Hisani | $1,856.00 |
| Wayne | Jerry | $303.24 |
| Weems | Rita | $2,770.00 |
| Wells | Shellee/Daniel | $3,651.00 |
| Werner | Danell | $338.00 |
| White | Frederick G. | $1,064.00 |
| White | Kathy | $2,148.52 |
| Whitney | Kevin | $287.00 |
| Wiezorek | Catherine | $650.00 |
| Wilkins | Laraine  [DECEASED] | $1,765.00 |
| Williams | Vanessa | $777.60 |
| Williamson | Brian | $1,279.00 |
| Winger | Nancy | $493.30 |
| Winter | Joseph | $1,745.00 |
| Wohlstattar | Katie | $1,004.64 |
| Won | Mijin | $1,012.40 |
| Wood | Kathleen Marie | $508.40 |
| Wynnn | Sylvester | $1,134.00 |
| Yarra | Sumanth | $262.00 |
| Yeo | David | $2,050.00 |
| Yeomans | Damian | $2,111.40 |
| Yount | Vicki | $648.00 |
| Zeger | John/Diane | $1,692.00 |
| Ziomek | Jennifer | $1,180.00 |
| Zong | Shiping | $1,520.00 |
| Zscheile | Brook | $321.00 |