# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**ASAF NASS** | ) **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>) **(ADDING FINAL RESTITUTION ORDER)**<br>) USDC Case Number: 0971 5:07CR00788-002 LHK<br>) BOP Case Number: BOP:DCAN507CR00788-002<br>) USM Number: 10840-111<br>) Defendant's Attorney:<br>   Edwin Ken Prather |

# FILED

MAY 27 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE DEFENDANT:

- ☑ pleaded guilty to count(s): One of the Indictment
- ☐ pleaded nolo contendere to count(s): _____ which was accepted by the court.
- ☐ was found guilty on count(s): _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Extortion | 10/31/2005 | One |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s): _____

- ☑ Count(s) 2-6, 9-11, 15-20, and 23-25    ☐ is ☑ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/2/2014
_____
Date of Imposition of Judgment

*Lucy H. Koh*
_____
Signature of Judge

The Honorable Lucy H. Koh
United States District Judge
_____
Name & Title of Judge

May 27, 2014
_____
Date

DEFENDANT:  ASAF NASS
CASE NUMBER:   0971 5:07CR00788-002 LHK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
   18 months.

☑    The Court makes the following recommendations to the Bureau of Prisons:

   Designation to Lompoc.

☐    The defendant is remanded to the custody of the United States Marshal.  The appearance bond is hereby exonerated.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____  ☐ am ☐ pm on _____ (no later than 2:00 pm).

   ☐    as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☑    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    at 02:00_____  ☐ am ☑ pm on 6/18/2014_____ (no later than 2:00 pm).

   ☑    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  ASAF NASS                                          Judgment - Page ___3___ of ___7___
CASE NUMBER:  0971 5:07CR00788-002 LHK

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
 Three (3) years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.
The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   The defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   The defendant shall support his or her dependents and meet other family responsibilities;
5)   The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ASAF NASS
CASE NUMBER: 0971 5:07CR00788-002 LHK

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall pay any restitution and special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

2. The defendant shall not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

3. The defendant shall provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

4. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer or any federal, state, or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

5. The defendant shall not have contact with any codefendant in this case, namely Amit M. Ezyoni, Randy Goldberg, Limor Gefen, Eli Kaupp, Daniel G. Rangel, Barak Braunshtain, Brandi C. Aycock, David R. Lamondin, Matthew D. Sandomir, Stuart H. Sheinfeld, Carol Haeussler, Christopher A. Sariol, and Eduardo A. Subirats.

6. The defendant shall comply with the rules and regulations of the U.S. Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon any reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

7. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

8. The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

DEFENDANT:  ASAF NASS
CASE NUMBER:  0971 5:07CR00788-002 LHK

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $ N/A | $ 752,702.66 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered
after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in
the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid
before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Please See: Final Order RE: Restitution filed on | $752,702.66 | $752,702.66 | |
| 05/20/14, Document #952 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $752,702.66 | $752,702.66 | |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the
fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject
to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the    ☐  fine   ☐  restitution.

☐   the interest requirement for the    ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

DEFENDANT: ASAF NASS
CASE NUMBER: 0971 5:07CR00788-002 LHK

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

A ☑   Lump sum payment of _____$100.00_____ due immediately, balance due

☐   not later than _____ , or
☑   in accordance ☐ C, ☐ D, ☐ E, and/or ☑ F below; or

B ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑   Special instructions regarding the payment of criminal monetary penalties:
When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑   Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| CR 07-00788-02 LHK - Asaf Nass CR 07-00788-07 LHK - Randy Goldberg | $752,702.66 | $752,702.66 | |

☐   The defendant shall pay the cost of prosecution.
☐   The defendant shall pay the following court cost(s):
☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

☐   The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

---

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT:  ASAF NASS
CASE NUMBER:  0971 5:07CR00788-002 LHK

## ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| CR 07-00788-02 LHK - Asaf Nass<br>CR 07-00788-03 LHK - Limor Gefen | $752,702.66 | $1,070.00 | Lee Richardson - $22.00<br>Amie Grills - $1,048.00 |
| CR 07-00788-02 LHK - Asaf Nass<br>CR 07-00788-08 LHK - Brandi C. Aycock | $752,702.66 | $10,765.00 | None listed |
| CR 07-00788-02 LHK - Asaf Nass<br>CR 07-00788-09 LHK - David R. Lamondin | $752,702.66 | $7,255.00 | R.W. - $1,196.00<br>J.W. - $2,795.00<br>B.H. - $1,355.00* |
| CR 07-00788-02 LHK - Asaf Nass<br>CR 07-00788-11 LHK - Stuart H. Sheinfeld | $752,706.66 | $4,900.00 | J.W. - $1,745.00<br>L.S. - $3,155.00 |
| CR 07-00788-02 LHK - Asaf Nass<br>CR 07-00788-12 LHK - Carol Haeussler | $752,702.66 | $12,072.12 | Roberta R. Beser - $2,447.00<br>Himangshu Bose - $1,333.00<br>Miguel Collazo - $618.00** |
| CR 07-00788-02 LHK - Asaf Nass<br>CR 07-00788-13 LHK - Christopher A. Sariol | $752,702.66 | $2,104.00 | Clarence Maeng - $2,104.00 |
| CR 07-00788-02 LHK - Asaf Nass<br>CR 07-00788-14 LHK - Eduardo A. Subirats | $752,702.66 | $4,971.00 | H.K. - $2,721.00<br>E.F. - $1,110.00<br>L.C. - $1,140.00 |
| | | | *M.M. - $1,909.00 |
| | | | **Laurick Jordan - $1,762.00<br>Busya Kvyat - $1,585.00<br>Kathleen Liskey - $832.00*** |
| | | | ***Cecilla Marshal - $1,382.12<br>Imad Obedi - $870.00<br>Nukey Smith - $1,243.00 |

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney

5

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113

7      Telephone: (408) 535-5045
       FAX: (408) 535-5066

8      jeff.nedrow@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

   UNITED STATES OF AMERICA,            )  Case No.: CR 07-00788-LHK
14                                       )
            Plaintiff,                   )
15                                       )  STIPULATION AND [PROPOSED] FINAL
        v.                               )  ORDER OF RESTITUTION
16                                       )
                                         )
17 ASAF NASS,                            )
                                         )
18          Defendant.                   )
   _____      )

19

20      The United States, through its counsel Jeff Nedrow, and defendant Asaf Nass, through his

21 counsel Edwin Prather, hereby stipulate to the entry of a final order of restitution in the amount of

   $752,702.66.  The restitution shall be allocated as specified in the attached worksheet.
22

23      The United States Probation Office has had the opportunity to review this stipulation and its

24 attached worksheet, and the parties have been informed that the assigned Probation Officer concurs with

   the restitution amount and the victim allocation.
25
   //
26
   //
27
   //
28

   STIPULATION RE: ORDER OF RESTITUTION

1   It is so stipulated.

2                                           MELINDA HAAG
                                            UNITED STATES ATTORNEY
3

4   Dated: May 20, 2014
                                            _____/s/_____
5                                           JEFFREY D. NEDROW
                                            Assistant United States Attorney
6
    Dated: May 20, 2014
                                            _____/s/_____
7                                           EDWIN PRATHER
                                            Attorney for Asaf Nass
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    STIPULATION RE: ORDER OF RESTITUTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 07-00788-LHK |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER RE: RESTITUTION |
| | ) | |
| ASAF NASS, | ) | |
| Defendant. | ) | |

For the reasons set forth above in the stipulation between the parties, it is hereby ordered that the final restitution in this place shall be $752,702.66 as to Asaf Nass in this case. This restitution amount is ordered jointly and severally with the other defendants in this case. The restitution shall be allocated as specified in the attached worksheet.

In light of this restitution order, the May 21, 2014 restitution hearing in this matter is vacated as to defendant Nass.

IT IS SO ORDERED.

Dated this 20th day of May, 2014.

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

STIPULATION RE: ORDER OF RESTITUTION

*Victim List*                      **U.S. v. Ezyoni, et al.**
                                   **Case No. 07-CR-00788**                      1 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| (Eshleman) Lewis | Michele | $3,600.00 |
| Aceves | Jose | $1,301.00 |
| Adams | Dan | $1,295.84 |
| Agosto  [DECEASED] | Agripina | $2,700.00 |
| Aguero | Migdalia | $2,940.00 |
| Aiesi | Chris | $319.00 |
| Albertini | Patricia | $1,139.00 |
| Alexander | Earl | $608.00 |
| Alexander (McDonald) | Michele | $837.00 |
| Alexander | Monica | $490.00 |
| Alger | Miranda | $2,400.00 |
| Allen | Bonnie | $1,820.00 |
| Allred | Jerry | $1,392.00 |
| Alton | Julian | $1,472.00 |
| Anderson | Dawn | $387.50 |
| Anderson | LaResa | $634.00 |
| Anderson | Mark | $1,222.00 |
| Anderson | Opal | $780.00 |
| Andre-Byman | Aimee | $1,185.00 |
| Aneja | Ritu | $247.00 |
| Antalick | Mary | $4,492.80 |
| Apfel | Ronnie | $1,104.48 |
| Aragon | Francisco | $1,036.75 |
| Areopagita | Amanda | $792.00 |
| Arkestyn | John | $3,679.00 |
| Aultman | Ema | $1,125.00 |
| Austin | Timothy | $1,209.00 |
| Averion | Maria C. | $1,907.93 |
| Bailey | Teria | $400.50 |
| Barlow-Cogar | Deborah | $1,231.25 |
| Barney | Mary Lou | $1,279.70 |
| Barrett | Honi A. Bean/Paul D. | $806.00 |
| Barrett | Curtis | $1,600.00 |
| Bates | Linda | $1,218.60 |
| Baumgarten | Barbara | $2,455.20 |
| Bayolo | Sharon | $2,930.50 |
| Belanger | Elizabeth | $339.00 |
| Benjie | Annah | $316.00 |
| Berteaux | Tyson | $304.00 |
| Billinger | Susan | $1,003.20 |
| Blair | Tawny Blair & Gary Dobbins | $4,200.00 |
| Blake | Patrick | $1,320.00 |
| Blalock | Gene | $1,242.00 |
| Blancarte | Cruz | $769.86 |

*Victim List*                    **U.S. v. Ezyoni, et al.**
                              **Case No. 07-CR-00788**                    2 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| Bodager | Sheri | $1,898.00 |
| Boebel (Decrane) | Allison | $656.00 |
| Bollman | Patricia | $2,004.00 |
| Bond | Dr. Alma | $1,613.00 |
| Booze (Copeland) | Valerie | $912.00 |
| Bove | Patrick | $1,399.00 |
| Bowersox | Ryan | $702.00 |
| Braun | Lorinda | $1,115.40 |
| Briggs | Jeremy | $714.00 |
| Briner | Suzanne | $3,031.60 |
| Britton | Maria | $1,471.00 |
| Broadway | Burnell | $1,040.00 |
| Brooks | Evonne | $1,142.00 |
| Brooks | Henry | $285.00 |
| Brown | Carol | $1,579.00 |
| Brown | Nikki | $282.80 |
| Brown | Roderick S | $384.80 |
| Brown | Theron & Rosalind | $600.31 |
| Brown-Martinez | Shannon | $1,393.00 |
| Bryant | Robert | $1,624.00 |
| Bucklew | Baire | $1,656.00 |
| Buotte | Irene and James | $2,113.20 |
| Burgen | Yvette | $1,465.00 |
| Burtanger | Donna | $3,800.00 |
| Butt | Tariq | $2,389.00 |
| Bynum | Barbara | $335.00 |
| Cain | Doris | $3,931.00 |
| Campbell | Lisa | $384.00 |
| Canipe | Susan Chase/Darrell | $1,749.50 |
| Capaloi | Cristina | $220.48 |
| Caplan | Randy | $1,250.60 |
| Cardillo | Daniel | $426.00 |
| Carithers | Ernest | $1,259.00 |
| Carleton | Dan I | $337.00 |
| Carlson | Sheri S | $300.00 |
| Carpenter  [DECEASED] | Carolyn | $1,210.00 |
| Carter | Bryant/Sanders | $403.00 |
| Carter | Charles and Charlotte | $1,698.00 |
| Casey | Erin | $1,710.00 |
| Chaballa | Patricia A. | $1,650.00 |
| Chandler (Adams) | Erin | $416.00 |
| Chappell | Barbara | $227.00 |
| Chappell  [DECEASED] | Melvin | $466.00 |
| Cheseborough | Lynnette | $1,140.00 |

*Victim List*  ## U.S. v. Ezyoni, et al.
### Case No. 07-CR-00788

| Last Name | First Name | Loss Amount |
|---|---|---|
| Childs | Diane | $321.00 |
| Chou | Dennis | $431.00 |
| Cintron | Carlos A. | $150.00 |
| Clapper | Cathleen | $1,015.00 |
| Clark | Kathleen D. | $1,500.00 |
| Clinton | Larry | $430.00 |
| Clough | Chad | $287.00 |
| Cole | Brett | $1,266.00 |
| Cole | Tina | $1,240.00 |
| Coleman | Jove | $1,424.80 |
| Collins | Jessica | $827.00 |
| Colon | Maira | $281.00 |
| Comstock | Jennifer | $287.00 |
| Conley | Sharon | $384.00 |
| Cook | Maureen Cook & Leroy Hoelck | $1,127.00 |
| Cooley | Shannon C. | $274.25 |
| Cooper | Lisa | $3,464.50 |
| Corbin | Christopher | $356.00 |
| Cormier | Donna/Michael | $1,856.40 |
| Cortez | Gilberto | $582.00 |
| Courtney | Donna | $586.00 |
| Crabtree | Martha | $270.00 |
| Crawford | Suzanne | $2,804.00 |
| Creech | William | $6,031.00 |
| Cribbs | Amber | $617.00 |
| Crutcher | Mark | $961.00 |
| Cunningham | Michael | $1,079.00 |
| Cutrona | Frank | $3,411.00 |
| Danieski | Lori Ann | $1,183.40 |
| Dassler | Bruce | $1,198.40 |
| Daugherty | Rick | $1,739.00 |
| Davis | Michael and Holly | $1,846.00 |
| Deleon | Michael | $414.00 |
| Delevan | Sybil [Deceased] | $1,366.00 |
| Denning | Gina | $674.00 |
| Deonier | Rachel | $291.00 |
| Depew | Kelly | $1,216.80 |
| Dickman | Pam | $386.40 |
| Dobbertin | Melissa | $1,030.00 |
| Dolan | Deborah | $1,480.00 |
| Donan | LeeAnn | $1,808.87 |
| Dreisbach | Carrie | $858.00 |
| DuPlooy | Grant | $3,344.00 |
| Dugay | Melissa | $689.00 |

*Victim List*          **U.S. v. Ezyoni, et al.**
**Case No. 07-CR-00788**          4 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| Duggan | Frank | $520.00 |
| Dunn | Robert | $1,445.00 |
| Dunsmore | Chutima | $270.00 |
| Edmond | Jacqueline | $524.80 |
| Edwards | Brandon | $458.00 |
| Edwards | James | $2,145.00 |
| Ely | Dinah J | $1,122.00 |
| Endres | Cristin J | $1,953.00 |
| Epperly (Mountain) | Kelly | $1,004.50 |
| Essig | Phillip | $399.00 |
| Evans | Cheryl | $1,536.00 |
| Fahrenz | Barbie | $388.00 |
| Falcone | Ruth | $4,118.00 |
| Fang | Lei | $2,696.00 |
| Farris | Tom | $933.50 |
| Felices | Caroline | $4,629.00 |
| Feliciano | Ana | $361.00 |
| Fergus | Michael | $1,306.00 |
| Fernandez | Ernesto A. | $862.00 |
| Fetty | Helen | $1,539.70 |
| Figueroa | Luz C. | $1,521.00 |
| Fine | Erik | $1,110.00 |
| Fisahick | Mike | $1,947.40 |
| Fisher | Jeff | $2,762.00 |
| Fluck | Brian | $632.25 |
| Foley | Edward | $1,140.00 |
| Foley | Stephanie | $852.00 |
| Ford | Keith | $4,228.00 |
| Ford | Sheva | $1,025.00 |
| Fortune | Nick | $286.00 |
| Foster | Michael S. | $1,961.00 |
| Franklin | Darla | $1,795.00 |
| Fredrickson | Louise | $535.80 |
| Freund | Shellie | $2,776.00 |
| Friend | Earl | $2,164.00 |
| Fromme | Ben | $690.00 |
| Gabehart | James M. | $2,099.81 |
| Galandak | Lorna | $1,512.00 |
| Gallant | Andrew W. | $324.87 |
| Galli | Pete | $2,329.00 |
| Ganoung | Doreen | $922.00 |
| Gardella | Mary | $1,467.00 |
| Gardenhire | Wendi | $668.00 |
| Gardner | Scott | $1,110.00 |

*Victim List*   **U.S. v. Ezyoni, et al.**

**Case No. 07-CR-00788**   5 of 13

| Last Name | First Name | Loss Amount |
| --- | --- | --- |
| Geer | Daniel | $721.00 |
| Geres | Mark/Judy | $870.00 |
| Giganti | Adam/Linda | $697.00 |
| Gigler | Pilar | $2,388.00 |
| Gillispie | Phyllis | $1,546.00 |
| Girgis | Patricia | $1,094.00 |
| Godby | Sarah | $2,262.00 |
| Goddard | Terry | $1,837.00 |
| Goldstein | Nikki | $1,700.00 |
| Gomez | Gene | $306.00 |
| Gomez | Humberto | $1,233.00 |
| Goulart | Donna | $1,278.00 |
| Graham  [DECEASED] | Felix | $3,148.00 |
| Grant | John L | $357.50 |
| Greene | LaTanya | $1,782.00 |
| Greer | Jessica | $231.00 |
| Grieb | John | $424.80 |
| Griffiths | Brent | $787.00 |
| Gross | Brandon Lee | $780.00 |
| Gross | Randy | $450.00 |
| Grow | Michael | $1,341.00 |
| Groys | Maya | $979.60 |
| Guillory | Linda | $4,200.00 |
| Gulati | Manvi | $904.50 |
| Gulli | Pete | $2,329.00 |
| Gunnarson | Kristin | $337.00 |
| Gutierrez | Jesus and Angie | $1,665.66 |
| Guzman | Carlos | $338.00 |
| Gwiazda (Massa) | Christine M | $869.20 |
| Haas | Bryan | $1,635.00 |
| Hall | Katheleen | $446.16 |
| Hamby | John | $495.80 |
| Hanghoj | Karen | $826.00 |
| Hanson | Scott | $704.00 |
| Harris | Betty | $502.20 |
| Harris | Donald | $4,008.00 |
| Harrison | Wallace | $1,343.60 |
| Hartshorn | Michael | $743.00 |
| Hatcher | Amy | $369.60 |
| Hatfield (Richards) | Candice Lynn | $703.00 |
| Haver | Stephanie | $306.00 |
| Hawksley | Rebecca/John | $243.00 |
| Hays | Larry | $1,404.00 |
| Heath (Heap) | Brian | $372.00 |

*Victim List*               **U.S. v. Ezyoni, et al.**
                          **Case No. 07-CR-00788**          6 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| Heinz | John | $4,302.00 |
| Hening | Wayne | $956.93 |
| Hensley | Sally | $1,353.00 |
| Hermandez | Sarah | $420.00 |
| Herrera | Byron | $1,355.00 |
| Hession | Mariclaire / Scott Landman | $212.00 |
| Hetrick | James | $2,220.00 |
| Heydt | Adam | $458.00 |
| Hiebner | Mary | $968.20 |
| Hill | Theresa | $201.50 |
| Hinkle | Heather | $993.00 |
| Hoang | Minh | $1,467.80 |
| Hoare | Tanya H. | $624.00 |
| Hobson | John A | $1,341.00 |
| Hodge | Alex | $502.00 |
| Hoelck | Leroy | $1,127.00 |
| Hoffman | Debbie | $510.00 |
| Hoffman | Rolland | $1,590.00 |
| Holland | Milford | $852.00 |
| Holloway | Matthew | $907.00 |
| Holoch | Kylee | $375.00 |
| Holtz | Daniel M | $7,384.00 |
| Holzer | Todd | $930.00 |
| Honey | Susan | $2,478.00 |
| Howard | David V. | $1,362.40 |
| Hoyt | Michael [DECEASED] | $2,761.00 |
| Hudson | David | $2,080.70 |
| Humphrey | Charles | $243.00 |
| Hurst | Tamatha | $754.00 |
| Idrogo | John | $1,240.00 |
| Inboden | Chad Inboden & Nicole Dennis | $1,352.00 |
| Irizarry (Alicea) | Maxine/Jose | $972.84 |
| Jacob | Burk | $2,246.50 |
| Jacobs | Heather | $795.60 |
| Jenkins | Logan | $423.00 |
| Jensen | Chris | $3,426.00 |
| Jinnah | Sharri | $1,185.60 |
| Johnson | Debra | $2,788.63 |
| Johnson | Jaclyn Holly | $1,256.00 |
| Johnson | John | $714.75 |
| Johnson | Ken & Debbie | $2,130.00 |
| Johnson [DECEASED] | Kim | $1,199.00 |
| Jones | Alicia M. | $2,117.00 |
| Jones | William | $338.00 |

**Victim List**

## U.S. v. Ezyoni, et al.
## Case No. 07-CR-00788

| Last Name | First Name | Loss Amount |
|---|---|---|
| Jordan | Kathleen | $424.00 |
| Joseph | Keith B | $1,215.00 |
| Jovoni | John & Carmen | $616.00 |
| Kabra | Sunil | $428.00 |
| Kangiser | Danielle and Aaron | $739.00 |
| Karlen | Johan | $1,346.00 |
| Kassab | David | $2,943.38 |
| Kaur | Harminder | $2,214.00 |
| Kearney | Laura | $684.40 |
| Keilson  [DECEASED] | Lillian (Rifka) | $426.00 |
| Keller | Kimberly | $3,100.00 |
| Kelley | Michael | $275.00 |
| Kepko | Sandra | $773.81 |
| Khan | Bozena Bo | $7,908.13 |
| Kidwell | Carmen | $900.00 |
| King | Kevin S. | $741.25 |
| Kirik | Kelcey | $355.00 |
| Kittredge | Melanie | $1,170.00 |
| Knowles | Julie K | $2,426.00 |
| Knox | Jewells | $1,516.00 |
| Koc | Constance | $767.00 |
| Kolleck | Nora | $1,196.00 |
| Kondos | Daniel Kondos & Eric Johnson | $1,448.00 |
| Kondrath | Chris | $1,310.40 |
| Kost | Edward | $1,027.00 |
| Kratochvil | Chuck | $559.00 |
| Krause | Benjamin | $351.00 |
| Krueger | Nancy | $4,073.00 |
| Kuhwald | Caitlin | $382.00 |
| Kuisle | Heather | $2,721.00 |
| Kujawski | Bryan | $904.80 |
| Kukreja | Arisara | $1,064.00 |
| Kutrubes | Peter | $2,349.00 |
| Labovitz | Eric | $829.00 |
| Laghaee | Shahin | $1,768.00 |
| Lahmann | Brian | $725.00 |
| Lam | Rebecca | $1,092.00 |
| Lam | Tuan | $1,361.00 |
| Landon | Dena | $283.86 |
| Lappe | Stephen | $645.00 |
| Larsen | Martin E | $1,672.00 |
| Lauten | Daniel | $755.00 |
| Lavu | Sudhir | $736.00 |
| LeBlanc | Glenn | $499.20 |

*Victim List*               **U.S. v. Ezyoni, et al.**
                         **Case No. 07-CR-00788**                    8 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| Leavitt | Joe | $1,030.00 |
| Lee | Jeanne | $838.00 |
| Lee | Nancy | $216.80 |
| Lehr | Kurtis/Carol | $719.80 |
| Leijon | Stefan | $3,500.00 |
| Leman | Sandra | $1,392.00 |
| Lequin | Wendie | $1,729.00 |
| Leuin | Barbara | $538.00 |
| Leza | Vikki | $1,869.00 |
| Lin | Ching-Ye | $643.50 |
| Lobar | Saige/Lance | $369.00 |
| Logan | Barry | $3,247.00 |
| Loomis | Roger | $769.56 |
| Lopez | Whitney | $1,692.00 |
| Loving | Linda  [DECEASED] | $2,254.00 |
| Lowe | Dean [DECEASED] | $318.00 |
| Lu | Mei | $599.00 |
| Lunde | Diana | $2,848.00 |
| Lynch | Patsy | $2,242.00 |
| Macallair | Marilyn J | $2,895.60 |
| Mackellar | Bryant | $821.00 |
| Macy | Jeanna | $2,688.00 |
| Madigan | Tracey | $1,547.00 |
| Maeng | Clarence | $1,575.00 |
| Maher | Donald P | $1,889.00 |
| Malhi | Jasbinder | $2,337.00 |
| Mamey | Donna M. | $1,477.00 |
| Manuel | Judith L | $378.00 |
| Marcello | Ernest | $534.00 |
| Marjanovich | Jela | $176.00 |
| Marsh | Sean | $3,705.00 |
| Marshall | Steve | $600.00 |
| Martarano | Monica | $1,825.00 |
| Martinez | Miguel | $1,772.00 |
| Martins | Carlos and Tina | $847.00 |
| Mason | Daran and Sissy | $594.00 |
| Mason | Sarah | $790.00 |
| Matheus | Juan | $423.00 |
| Matthews | Kathy | $1,638.00 |
| Maxwell | Lucy | $967.00 |
| Maxwell | Sonia | $2,684.00 |
| May | Andrew | $311.00 |
| May | Kimberlee | $704.00 |
| Mayes | Keith | $228.80 |

*Victim List*                  **U.S. v. Ezyoni, et al.**
                               **Case No. 07-CR-00788**                    9 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| McClure | Amber | $394.60 |
| McCurdy | Farrell | $2,000.00 |
| McCurdy | Mary | $2,190.00 |
| McGee | Ron and Lesley | $1,241.00 |
| McLeod | Ryan | $251.60 |
| McLoud | Cody | $749.00 |
| McQueen | John | $2,144.00 |
| Melsheimer | Douglas | $205.00 |
| Menard | Phyllis | $622.20 |
| Menendez | Vickie | $828.00 |
| Merdinger | Valerie and Marc | $5,368.75 |
| Meredith | Ross E. | $3,359.13 |
| Merseth | Monique | $1,909.00 |
| Mesina | Roxanne | $1,193.00 |
| Michael | Donna | $928.00 |
| Michailidis | Margaret | $705.00 |
| Miljkovic | Vesna | $240.00 |
| Miller | Hank | $2,092.00 |
| Miller | James | $2,072.60 |
| Miller | Robert and Jeanne | $965.00 |
| Mills | Antonia | $249.00 |
| Mizuba | Karen | $858.00 |
| Moazzez | Amir | $320.00 |
| Mora | Tony | $1,599.00 |
| Moriarty | Jane | $946.00 |
| Mule | Aaron | $822.96 |
| Muntean | Felician | $1,008.00 |
| Mushrush | Jerry | $1,487.00 |
| Myers | Michael | $2,189.60 |
| Nadauld | James | $1,380.00 |
| Nader | Michael | $1,710.00 |
| Nader | JoEllen | |
| Nank | Tim D. | $2,000.00 |
| Narad | Vanessa | $371.80 |
| Neiderhiser | Joshua | $636.50 |
| Nejame-Cintron | Stephanie | $2,348.38 |
| Nelly | Thomas Nelly & Matt Russo | $1,002.00 |
| Nguyen | Roger | $364.00 |
| Nicastro | Oswaldo | $1,622.00 |
| Nichols | Mary | $224.00 |
| Nicolosi | Lisa | $1,607.00 |
| Noyes | Nicole | $733.00 |
| O'Marde | Keisha | $434.00 |
| O'Neil | Marian | $587.80 |

*Victim List*      **U.S. v. Ezyoni, et al.**

**Case No. 07-CR-00788**     

| Last Name | First Name | Loss Amount |
|-----------|------------|-------------|
| Oberbauer | Laura E. | $947.00 |
| Olayisade | Adebanji | $499.00 |
| Olowecki | Dvorah | $1,590.00 |
| Olsson | Dawn/Craig | $4,000.00 |
| Ouch | Mardi | $682.00 |
| Pace | Melissa | $1,642.00 |
| Pacheco | Yennis | $1,547.60 |
| Page | Tamara | $360.00 |
| Page | Thomas | $1,680.00 |
| Parker | Sharon | $1,233.00 |
| Parque | Michelle | $1,115.40 |
| Patel | Shetal & Dharmesh | $786.00 |
| Pearl | Joshua | $545.60 |
| Percin | Janette | $296.00 |
| Perkins | Linda | $495.00 |
| Perovich | Michelle | $351.78 |
| Peterson | Beverly | $1,945.00 |
| Petty | Chris | $3,474.60 |
| Phillips | Marcia T. | $1,433.81 |
| Piazza | Richard | $688.00 |
| Piepkorn | Lucas | $1,149.00 |
| Pierce | Pamala | $2,832.00 |
| Pinto | Patricio | $1,975.00 |
| Pirela | Yolanda | $530.00 |
| Podbielski | Ann Mary | $858.00 |
| Polite | Francine | $1,352.00 |
| Pond | Joshua & Brooke | $795.00 |
| Potischman | David & Julie | $465.00 |
| Proffitt | Beverley & Roy | $524.00 |
| Quinlan | Richard | $1,359.00 |
| Randall | Natie | $435.00 |
| Rank | Dane & Kaori | $1,209.00 |
| Rasheed | Saleem | $599.00 |
| Raskind | Amy | $434.00 |
| Raywood | Raum | $2,576.00 |
| Reed | Andre | $800.00 |
| Reef | Danny | $2,352.00 |
| Reid | James Todd | $1,149.00 |
| Renteria | Alfredo | $2,153.00 |
| Reynolds | Judy | $2,523.00 |
| Roberts | Angela | $996.00 |
| Roberts | Edward | $1,516.00 |
| Roberts | Michael (& Nicole) | $1,185.00 |
| Robinson | Joan [DECEASED] | $1,875.00 |

*Victim List*

**U.S. v. Ezyoni, et al.**

**Case No. 07-CR-00788**

| Last Name | First Name | Loss Amount |
|---|---|---|
| Robinson | Theodore | $2,752.00 |
| Rochette | Dawn | $2,870.40 |
| Rock | William/Deborah | $1,045.48 |
| Rogers | Cara | $2,034.00 |
| Rondan | Esli | $381.00 |
| Roth | Jennifer | $1,614.80 |
| Rouhani | Ramin & Tracy | $1,005.00 |
| Rowe | Nita | $2,072.00 |
| Ruffin | Jill E | $3,035.20 |
| Rugama | Ileana | $1,548.00 |
| Ruggero | Amy Ruggero & Daniel Hoffenb | $395.00 |
| Runk | Prema  [DECEASED] | $1,044.00 |
| Ryan | Jennifer | $869.20 |
| Samy | Azam Y | $1,060.00 |
| Sarno | Omar | $2,717.00 |
| Saroufim | Rabih | $2,717.00 |
| Sauer | John & Megan | $357.00 |
| Sava | Jill | $1,560.00 |
| Scarpaci | Joe & Michael | $394.00 |
| Schmidt | Shelly | $770.00 |
| Schooley | Joan | $418.00 |
| Schroeder | Arthur | $1,943.00 |
| Schroyer | Lori | $3,155.00 |
| Schulz | Kerry  [DECEASED] | $257.00 |
| Schwartz | Christine | $2,842.00 |
| Segovia | Kimberly | $699.00 |
| Sell | Sherri | $294.00 |
| Shannon | Christopher | $582.00 |
| Sharma | Anand | $444.00 |
| Sharp | Tony | $496.00 |
| Shaw | Eric | $1,332.00 |
| Shelman | Amy | $2,408.00 |
| Sheriff | Haya | $2,369.00 |
| Shifflet | Charles | $978.00 |
| Shore | Rachel | $372.00 |
| Shur | April | $696.00 |
| Sierra | Veronica | $2,045.00 |
| Silovich | Joseph | $1,825.20 |
| Simpson | William | $1,027.00 |
| Singh | Ajit | $2,000.00 |
| Singh | Sudeep | $5,740.00 |
| Sjoberg | Laura | $772.00 |
| Smit | Walter M. | $1,530.00 |
| Smith | Calvin | $3,566.00 |

*Victim List*                    **U.S. v. Ezyoni, et al.**
                                 **Case No. 07-CR-00788**                12 of 13

| Last Name | First Name | Loss Amount |
| --- | --- | --- |
| Smith | Michael | $1,982.00 |
| Smith | Shara | $2,698.00 |
| Smith | Terri | $1,890.00 |
| Smolinski (nee: Casey) | Erin | $1,710.00 |
| Soifer | Jason | $2,183.00 |
| Solomon | Frieda [DECEASED] | $1,441.44 |
| Song | Moonyoung | $1,265.00 |
| Southward | Areta | $1,346.40 |
| Spangle | Seth | $388.00 |
| Spanko | Paul | $3,200.00 |
| Spencer | Ian | $1,356.00 |
| Sperrazza | Michael | $3,639.00 |
| Stabnow | Kaoru | $1,008.80 |
| Stevens | Cindy | $1,499.00 |
| Stevens | Pamela | $4,100.00 |
| Stevenson | Derik | $2,028.00 |
| Stone | Linda F | $2,096.00 |
| Stone | Pat | $632.00 |
| Storey | Homer C | $1,157.00 |
| Strachota | Andrew | $608.00 |
| Strunk | Morgan | $514.30 |
| Stuhl | Michael | $657.80 |
| Stull | Gerald | $614.00 |
| Suba | Diane | $293.00 |
| Swaye | Gary | $1,091.00 |
| Sweet | Lisa & Terry | $1,833.00 |
| Taft | Tiffany | $924.00 |
| Tan | Delia | $496.00 |
| Taugherty | Rick | $1,738.80 |
| Tavtigian | Richard | $979.00 |
| Taylor | Tiffani | $372.00 |
| Teixeira | Sherri | $1,049.00 |
| Temple | Megan | $1,434.00 |
| Terman | Alex | $1,160.00 |
| Tetter | Merle L | $497.00 |
| Thompson | Gretchan | $361.00 |
| Thurston | Maggie | $2,364.00 |
| Timm | Brian Timm & Nicole Klemp | $408.00 |
| Toliver | Holly | $876.00 |
| Tomozoyk | Johan | $1,789.00 |
| Tran | Phong | $1,785.00 |
| Trepel | Joseph | $343.20 |
| Trimm | Suzan T. [DECEASED] | $740.00 |
| Truong | Phong D. | $491.00 |

*Victim List*             **U.S. v. Ezyoni, et al.**
                         **Case No. 07-CR-00788**                   13 of 13

| Last Name | First Name | Loss Amount |
|---|---|---|
| Tucker | Clyde | $418.20 |
| Urbaitis | Barbara | $729.00 |
| Van Cott | Julie | $1,876.00 |
| Van Doorn | Richard | $1,560.62 |
| Van Wie | Audra J | $700.00 |
| Vanhoven | Kathleen | $198.00 |
| Vargus | Raymond | $420.00 |
| Bassett | Lori | |
| Vasquez | Tina M. | $476.00 |
| Vinson | Rick | $195.00 |
| Vought | Tim | $2,240.00 |
| Walker | George | $3,182.00 |
| Walker | Laura | $1,419.00 |
| Walsh | Donna L. | $614.00 |
| Wang | Wells | $541.00 |
| Washington | Hisani | $1,856.00 |
| Wayne | Jerry | $303.24 |
| Weems | Rita | $2,770.00 |
| Wells | Shellee/Daniel | $3,651.00 |
| Werner | Danell | $338.00 |
| White | Frederick G. | $1,064.00 |
| White | Kathy | $2,148.52 |
| Whitney | Kevin | $287.00 |
| Wiezorek | Catherine | $650.00 |
| Wilkins | Laraine  [DECEASED] | $1,765.00 |
| Williams | Vanessa | $777.60 |
| Williamson | Brian | $1,279.00 |
| Winger | Nancy | $493.30 |
| Winter | Joseph | $1,745.00 |
| Wohlstattar | Katie | $1,004.64 |
| Won | Mijin | $1,012.40 |
| Wood | Kathleen Marie | $508.40 |
| Wynnn | Sylvester | $1,134.00 |
| Yarra | Sumanth | $262.00 |
| Yeo | David | $2,050.00 |
| Yeomans | Damian | $2,111.40 |
| Yount | Vicki | $648.00 |
| Zeger | John/Diane | $1,692.00 |
| Ziomek | Jennifer | $1,180.00 |
| Zong | Shiping | $1,520.00 |
| Zscheile | Brook | $321.00 |