

**Bond for Asaf Nass**
Nazgol Ashouri    to: Martha_brown

From: Nazgol Ashouri <
To: Martha_brown@cand.uscourts.gov

**FILED**
JUN 24 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

06/24/2014 02:21 PM

Dear Ms. Brown,

My name is Nazgol Ashouri and I became the custodian for Asaf Nass on 1/23/2008. He was sentenced by Judge Koh in April for an 18 month prison sentence. The paperwork I have is from the pre-trial and the case number is 107-00788JF.

On the evening of June 17, 2014 I received an email from Mr. Nass that he had fled the country. I immediately contacted pretrial services (the only phone number I had from 2008) who put me in touch with Ms. Kim Do. I provided all the information I had to Ms. Do, including the email and a phone number of Mr. Nass.

My question now is regarding the bond. Ms. Do mentioned that she has notified the court about my cooperation and it would be up to the judge to see if the bond could be refunded to me.

I am now married and have an 11-week-old son. Mr. Nass has put my family in an extremely difficult position, and I need to know if there is anything I could do to receive the bond back. I would be happy to meet with the judge to discuss this further.

The court can see that I have been entirely cooperative on this matter, including notifying the court immediately upon learning that Mr. Nass had fled the country. The bond money was all of my life savings in addition to borrowed money from family. I will continue to assist and cooperate with the court in any way I can. I desperately need the return of my life savings, both to pay back to my family as well as care for my newborn son.

I would greatly appreciate your help.

Regards,
Nazgol

---

*Ms. Ashouri's request for return of the bond is DENIED. Mr. Nass failed to self-surrender for his prison sentence, fled to Israel, and is a fugitive from justice. Mr. Nass gave Ms. Ashouri some cash before he fled. Ms. Ashouri has been in communication with Mr. Nass after Mr. Nass fled to Israel. Mr. Nass's bond will not be exonerated until Mr. Nass self-surrenders for his prison sentence.*

Date: June 24, 2014

Lucy H. Koh
U.S. District Judge