UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>ASAF NASS,<br><br>　　Defendant. | CASE NO. 07-00788 LHK<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT |

Good cause appearing, it is hereby ORDERED that the Arrest Warrant, found at Docket No. 959, in the above-referenced matter be unsealed.

DATED: 8/5/14

*Lucy H. Koh* for HRL
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE